IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| HEIDI G. FULLMER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-1532-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| COMMISSIONER of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Merrill Schneider
P. O. Box 16310
Portland, Oregon 97292-0310

Linda Ziskin
3 Monroe Parkway, Suite P, PMB #323
Lake Oswego, Oregon 97035

      Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - JUDGMENT

Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

L. Jamala Edwards
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

      Attorneys for Defendant

KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for a finding of disability.

      Dated this    7th    day of May, 2008.

                          /s/ Garr M. King
                          Garr M. King
                          United States District Judge